AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00469 |
| Brian Christopher Mock | ) | Assigned To : Meriweather, Robin M. |
| DOB: XXXXXX | ) | Assign. Date : 6/10/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | - Assaulting, Resisting, or Impeding Certain Officers |
| 18 U.S.C. §§ 1752(a)(1), (2) | - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 18 U.S.C. § 231(a)(3) | - Obstruction of Law Enforcement During Civil Disorder |
| 40 U.S.C. § 5104(e)(2)(F) | - Acts of Physical Violence in any of the Capitol Buildings or Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Beth Alvarez, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/10/2021

*Judge's signature*

City and state:   Washington, D.C.         Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*