UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-469 (RMM) |
| | : | |
| **BRIAN CHRISTOPHER MOCK,** | : | |
| Defendant. | : | |

## MOTION FOR TRANSPORT ORDER

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that this Court enter an Order directing the United States Marshals Service to transport defendant Brian Christopher Mock from the District of Minnesota to the District of Columbia for further proceedings on the Complaint filed against him, charging the defendant with Assaulting, Resisting, or Impeding Certain Officers in violation of 18 U.S.C. § 111(a)(1), Obstruction of Law Enforcement During Civil Disorder in violation of 18 U.S.C. § 231(a), Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. §§ 1752(a)(1) and (a)(2), and Acts of Physical Violence in any of the Capitol Buildings or Grounds in violation of 40 U.S.C. § 5104(e)(2)(F). In support of its motion, the United States states as follows:

1. On June 11, 2021, the defendant, Brian Christopher Mock, was arrested in his home state of Minnesota on an arrest warrant issued in the United States District Court for the District of Columbia by Magistrate Judge Robin M. Meriweather in connection with a Criminal Complaint charging the defendant with the above-listed offenses.

2. Defendant Mock made his initial appearance on June 11, 2021 before a magistrate

judge in the District of Minnesota. At his initial appearance, the government made a motion to detain the defendant without bond pending trial.

3. On June 15, 2021, a magistrate judge in the District of Minnesota held a detention hearing. At the conclusion of the hearing, the magistrate judge denied the government's motion to detain the defendant without bond pending trial.

4. An Assistant United States Attorney for the District of Minnesota orally moved to stay the defendant's release pending an appeal by the government. The magistrate judge granted the request and stayed the defendant's release for 24 hours, until 2:00 p.m. Central (3:00 p.m. Eastern) on June 16, 2021.

5. The United States filed in this Court an Emergency Motion to Review the Court's Release Order on June 16, 2021.

6. In order to have counsel appointed to represent the defendant in the District of Columbia, to resolve the pending motion to review the release determination made by the Magistrate Judge in the District of Minnesota, and to conduct further proceedings in this matter, the defendant, who remains temporarily detained, needs to be transported to the District of Columbia by the United States Marshals Service.

Accordingly, the United States moves this Court to issue an Order directing the United States Marshals Service to transport defendant Brian Christopher Mock forthwith to the District of Columbia for further proceedings.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY


 s/Amanda Jawad
Amanda Jawad
Assistant United States Attorney
District of Columbia Detailee
N.Y. Bar 5141155
U.S. Attorney's Office
211 W. Fort Street
Detroit, MI 48226
(313) 226-9116
amanda.jawad@usdoj.gov