# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate No. 21-MJ-469 (RMM) |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF APPEARANCE** |
| v. ) | |
| ) | |
| BRIAN CHRISTOPHER MOCK, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Keala C. Ede shall appear as appointed counsel of record for the above named defendant in this case.

Dated: June 17, 2021

*/s/ Keala C. Ede*
KEALA C. EDE
Attorney ID No. 387316
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415