UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-469 |
| | : | Chief Judge Beryl A. Howell |
| BRIAN CHRISTOPHER MOCK, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and all counsel in relation to Government's Emergency Motion to Stay and for Review of the Release Order (ECF No. 6) and the Government's Reply (ECF No. 13). For ease of reference, the government labeled the exhibits with the same exhibit numbers as Mock's initial detention hearing in Minnesota. The exhibits are as follows:

1. Government Exhibit A referenced in its Response (ECF No. 13) was provided to the Court and opposing counsel via USAfx on June 18, 2021. Government Exhibit A is a clip from the body-worn camera of Metropolitan Police Department (MPD) officer C.W. and is approximately 45 seconds in length. The events depicted in Exhibit A occurred at approximately 2:29 p.m. on January 6, 2021.

2. Government Exhibits B, C, and D, referenced in its Motion (ECF No. 6), were provided to the Court and opposing counsel via USAfx on June 20, 2021. Government Exhibits B, C, and D are screenshots from Officer C.W.'s body-worn camera clip (Exhibit A). Each one is time-stamped approximately 2:29 p.m. on January 6, 2021.

3. Government Exhibit E referenced in its Response (ECF No. 13) was provided to the Court and opposing counsel via USAfx on June 18, 2021. Government's Exhibit E is a clip

from the body-worn camera of MPD Officer H.F. and is approximately 58 seconds in length. The events depicted in Exhibit E occurred at approximately 2:34 p.m. on January 6, 2021.

4. Government Exhibits F, G, H, and I, referenced in its Motion (ECF No. 6), were provided to the Court and defense counsel via USAfx on June 20, 2021. Government Exhibits F, G, H, and I are screenshots from Officer H.F.'s body-worn camera clip (Exhibit E). Each one is time-stamped approximately 2:34 p.m. on January 6, 2021.

5. Government Exhibit J, referenced in its Statement of Facts, is a public posting by the FBI on April 5, 2021, and re-posted by the private page "Sedition Hunters." It was provided to the Court and defense counsel via USAfx on June 20, 2021.

6. Government Exhibits J, K, L, M, N, O, P, and Q are screenshots of social media postings by defendant Brian Mock and the woman who accompanied him to the Capitol. Each of these screenshots were provided by a tipster. It is the government's understanding that these posts were posted on or around January 6, 2021. The screenshots were captured by the tipsters on various dates between January and May 2021. These exhibits were provided to the Court and defense counsel via USAfx on June 20, 2021.

7. Government Exhibits R, S, and T, references in its Motion (ECF No. 6), are excerpts taken from defendant Mock's Facebook returns that the FBI received pursuant to a search warrant. Exhibit R was posted on January 2, 2021. The posts in Exhibit S were posted on January 3, 2021. Exhibit T was posted on January 8, 2021. These exhibits were provided to the Court and defense counsel via USAfx on June 20, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

s/Amanda Jawad
Amanda Jawad
Assistant United States Attorney
District of Columbia Detailee
N.Y. Bar 5141155
U.S. Attorney's Office
211 W. Fort Street
Detroit, MI 48226
(313) 226-9116
amanda.jawad@usdoj.gov


I HEREBY CERTIFY that I filed the foregoing
pleading electronically through the CM/ECF system
which caused the parties or counsel of record to be
served by electronic means, as reflected on the Notice
of Electronic Filing, and other methods of service as
indicated therein on June 20, 2021


s/Amanda Jawad
Amanda Jawad
Assistant United States Attorney

3